United States District Court/Southern District of New York

Sheriff File Number — 08000089

Index #: 08 CIV. 2121

BOARD OF TRUSTEES OF THE LOCAL UNION 373
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY LOCAL 373 BENEFIT FUNDS,
                                    Plaintiffs,

vs.

Patricia McAllister
                                    Defendant.

Affidavit of Personal Service

Summons /Complaint

State of New York – County of Sullivan    SS:

Heath Wilson, being duly sworn, deposes and says: that he is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 3/21/2008 at 12:03PM, at Mc Donald's Sullivan Street Ferndale NY 12734 deponent served the within Summons /Complaint on Patricia McAllister, the defendant named therein, in the following manner.

PERSONAL- DELIVERY

By delivering to and leaving with Patricia McAllister personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

NON-MILITARY

At the time of service Patricia McAllister was asked if she was in the Military Service of the U.S. Government and Patricia McAllister replied no.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Female Height: 5' 4" Weight: 170 Age: 66.

*Heath Wilson*

Sworn to before me on the 24th day of March, 2008

*Jeanne Van Pelt*
Jeanne Van Pelt, Notary Public

JEANNE VAN PELT
Notary Public, State of New York
Sullivan County Clerk's #2223
Commission Expires Oct. 5, 20 10

**ORIGINAL**