UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE LOCAL 373 PENSION FUND ) | 08 CIV 2121 (WCC) |
| ) | |
| ) | **ORDER TO SHOW** |
| ) | **CAUSE FOR** |
| ) | **DEFAULT JUDGMENT** |
| Plaintiff, ) | |
| -against- ) | |
| ) | |
| PATRICIA McALLISTER, ) | |
| ) | |
| Defendant. ) | |

------------------------------------------------------------

CONNER, Sr. D.J.:

    Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

    ORDERED, that a conference be held on the _1st_ day of _August_ 2008 at _10:15_ o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

    ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant Patricia McAllister by certified mail, return receipt requested on or before the _7th_ day of _July_, 2008, and such service shall be deemed good and sufficient service.

    SO ORDERED.

Dated: White Plains, New York
       July _2_, 2008

                                                William C. Conner
                                            WILLIAM C. CONNER, Sr. U.S.D.J.

COPIES FAXED TO COUNSEL OF RECORD