# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE LOCAL 373 PENSION FUND,   )  08 CIV 2121 (WCC)
                                          )   ECF CASE
                                          )  DEFAULT JUDGMENT
                    Plaintiff,            )
                                          )
                                          )
        -against-                         )
                                          )
PATRICIA McALLISTER,                      )
                                          )
                    Defendant.            )
-------------------------------------------------------------X

This action having been commenced on March 3, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant Patricia McAllister on March 21, 2008 via personal service at the Defendant's last known address and said Proof of Service having been filed with the Clerk of the Court on April 2, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiff is awarded judgment against Defendant in the liquidated amount of Four Thousand Seven Hundred Thirty-five Dollars and Sixty Cents ($4,735.60) which includes the following: Principal in the amount of **$3,312.00**; interest at the rate 10% in the sum of **$331.20**; plus attorneys' fees in the sum of **$662.40**; plus court costs and disbursements of this action in the sum of **$430.00**.



**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Plaintiff is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
Aug ~~July~~ 1, 2008

So Ordered:

_____
Honorable William C. Conner, U.S.D.J.

This document was entered on the docket on

_____

Judgment Entered:

_____
Clerk

By: _____
        Deputy Clerk